ORDERED UNSEALED on 12/5/2024 s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA KAVANEY,

Defendant.

Case No.: **24-mj-04092**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm;
Title 18, U.S.C., Sec. 922(o) – Illegal Possession of a Machine Gun
and Title 21, U.S.C., Sec. 841(a)(1) – Possession of Fentanyl with Intent to Distribute

The undersigned complainant being duly sworn states:

COUNT ONE

On or about September 10, 2024, within the Southern District of California, defendant JOSHUA KAVANEY, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Fentanyl with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count Four of this complaint, did knowingly possess a firearm, that is, a loaded Beretta 950 BS .25 caliber firearm bearing a serial number that has been altered or obliterated; and loaded Glock styles .40 caliber "Ghost Gun" with no serial number; in violation of Title 18, United States Code, Section 924(c)(1).

/ /

COUNT TWO

On or about September 10, 2024, within the Southern District of California, defendant JOSHUA KAVANEY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Beretta 950 BS .25 caliber firearm bearing a serial number that has been altered or obliterated, a loaded Haskell JS .45 caliber firearm bearing serial number 039277; a loaded Sturm Ruger 357 Magnum revolver bearing serial number 15485519; and a Keltec Sub 200 Gen 3 firearm bearing serial number 24E1D23 in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE

On or about September 10, 2024, within the Southern District of California, defendant JOSHUA KAVANEY, did knowingly possess a machinegun, that is a Glock Switch, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT FOUR

On or about September 10, 2024, within the Southern District of California, defendant JOSHUA KAVANEY, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sean Davis

Sean Davis
Special Agent, ATF

Sworn to me and subscribed in my presence this Oct 29, 2024 ____ day of October, 2024.

Barbara L Major

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

This affidavit is being prepared for the limited purpose of obtaining authorization for the requested complaint. The facts of this affidavit are based upon my first-hand knowledge, conversations I have had with other law enforcement officers involved in this investigation and my review of the documentary evidence. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collected during the investigation. All dates and times are approximations.

During an investigation into a narcotics seller in El Cajon, investigators with the El Cajon Police Department identified Joshua Kavaney ("Kavaney") as a source of supply for fentanyl. On September 3, 2024, investigators obtained a state search warrant to search Kavaney's person, residence, and vehicles. On September 10, 2024, investigators conducted an operation to arrest Kavaney and execute the search warrant at Kavaney's residence located at 3015 Murray Ridge Road.

At approximately 3:30 p.m., Kavaney exited his residence and got into a silver 2023 Kia Forte and drove to a 7 Eleven located at 3385 Sandrock Road, approximately a quarter mile from Kavaney's residence. Investigators stopped Kavaney at the 7 Eleven and arrested him for a state controlled substance violation. Kavaney's vehicle was searched, and investigators found a card skimmer and a "tooter" pipe used to ingest controlled substances. Kavaney was transported the El Cajon Police Department for processing.

At approximately 4:05 p.m., investigators executed the search warrant at 3015 Murray Ridge Road. Kavaney's girlfriend, A.G., was detained as she exited the rear of the house. Two dogs were in the residence. A.G. and the dogs were secured in the backyard. A trailer in the backyard was searched and investigators found a Ziploc baggie on a mattress containing a white powdery substance consistent with fentanyl. Next to the baggie were burned foils with a brownish residue on top, consistent with narcotics paraphernalia. A.G. claimed ownership of the fentanyl in the trailer.

The main residence was searched. Investigators found mail addressed to Kavaney from the City of San Diego in the living room. The residence consisted of three bedrooms. The southwest bedroom contained a bunk bed and children's toys and appeared to be used as a storage room. The northeast bedroom was identified as Kavaney and A.G.'s bedroom. The room contained pictures of Kavaney, along with prescription bottles with Kavaney's name on them. A backpack was found on the bed. Inside the backpack investigators found a Keltec Sub 2000 Gen 3 9mm rifle, a 50 round capacity drum magazine, a 30 round extended magazine, and a 15 round magazine. All items were loaded with 9mm ammunition. Seventy-three rounds of 9mm ammunition were recovered.

A wooden nightstand to the right of the bed was searched. Inside the top drawer, investigators found a rifle magazine pouch, an empty handgun magazine, a firearm suppressor, and pictures of Kavaney. To the right of the nightstand, investigators found a United States Postal Service mailbox containing anabolic steroids. The bedroom also contained a combination mirror/dresser. Investigators found a handgun light on a shelf on the side of the mirror, a drilled-out "Ghost gun" in the top left dresser drawer, and a clear plastic bag with psilocybin mushrooms in the second drawer down on the left side of the dresser. The top middle drawer of the dresser contained gun cleaner, a rifle snake, a long metal handgun barrel brush, two boxes full of 12 gauge shotgun ammunition (51 rounds total), a clear plastic bag with over 50 rounds of 357 ammunition, and a handgun magazine with four rounds of 9mm ammunition. The second drawer down on the right side of the dresser contained a new handgun barrel spring.

The southwest bedroom was used as an office, or computer room containing a computer desk with a computer on top, futon couch, and closet. On the top shelf of the computer desk, investigators found $7,350 United States currency on top of two firearms. One firearm was a black Beretta 950 BS .25 caliber handgun containing four rounds of .25 caliber ammunition. The other firearm was a Glock-style .40 caliber "Ghost gun" containing eight rounds of .40 caliber ammunition. Investigators found two more firearms on the bottom shelf of the computer desk: a black Haskell JS .45 caliber pistol containing five

rounds of .45 caliber ammunition; and a chrome Sturm Ruger Model Security 6 357 Magnum revolver containing six rounds of 357 magnum ammunition. Throughout the computer desk, investigators found the following indicia of narcotics sales: empty baggies with white residue, clean clear baggies, packaging material, three working digital scales, “tooters,” and spoons with residue. An empty gun holster was found on the ground next to the computer desk. A box with 20 rounds of 9mm ammunition was found on a shelf next to the closet. Inside the closet, investigators found a Glock switch, which is used to turn a Glock handgun into a machine gun.

A plastic container with a white powdery substance inside was found on the window seal in the room. The substance later tested presumptive positive for fentanyl. The gross weight of the substance was 60.38 gross grams. The circumstances, including the quantity, presence of packaging material, firearms, and a large amount of US currency indicate that the fentanyl was intended for distribution.

Records checks on Kavaney revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 5/24/2019 | United States District Court: Southern District of California | Bringing in and Harboring Aliens | 396 days imprisonment; 36 months supervised release |
| 3/10/2011 | Superior Court of California | (1) Vehicle Theft; (2) Possessing Controlled Substance While Armed | (1) 3 years imprisonment; (2) 16 months imprisonment |

The Beretta, Haskell, Sturm Ruger, and Keltec firearms were seized and inspected. Preliminary checks revealed that none of the firearms were manufactured in California. Therefore, these firearms all traveled in, and/or affected interstate commerce to arrive in the state of California.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.